UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO.: 12-CR-184 (RJL) |
| ) | |
| v.  ) | **UNDER SEAL** |
| ) | |
| ALFREDO BELTRAN LEVYA, ) | |
| also known as "Mochomo," ) | |
| ) | |
| Defendant. ) | |

FILED
NOV 14 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## GOVERNMENT MOTION TO UNSEAL CASE

The United States respectfully moves the Court for an Order unsealing in the above caption case, except for the Government's Motion to Relate and Transfer Case filed on November 5, 2014. In light of the Defendant's arrest and pending extradition, the reasons for sealing the indictment, the arrest warrants, and the record no longer apply.

However, the Government filed a Motion to Relate and Transfer Case on November 5, 2014 requesting the Court transfer this case to United States District Court Judge Beryl A. Howell due to an overall conspiracy between this case and three separate cases before Judge Howell. In that motion, the Government discussed details regarding defendants who are currently fugitives as well as details of cases that are still under seal. Therefore, the Government requests the Motion to Relate and Transfer Case remain sealed.

1

WHEREFORE, the United States respectfully requests that this Court unseal the record in the instant case. A proposed order is attached.

Respectfully submitted this 14th day of November, 2014.

                                ARTHUR WYATT, Chief
                                Criminal Division
                                Narcotic and Dangerous Drug Section

By: _____
                                Andrea Goldbarg
                                Assistant Deputy Chief
                                Narcotic and Dangerous Drug Section
                                Criminal Division
                                U.S. Department of Justice
                                2 Constitution Square
                                Washington, DC 20005
                                Main Office: (202) 616-2200
                                Fax: (202) 514-6112
                                Andrea.Goldbarg@usdoj.gov