UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | |
| *v.* : | |
| : | Criminal No. 12-0184(RJL) |
| **ALFREDO BELTRÁN LEYVA,** : | |
| : | |
| *Defendant.* : | |

### DEFENDANT'S MOTION TO STRIKE THE APPEARANCES OF ATTORNEYS DAVID ZAPP AND VICTOR ROCHA

**DEFENDANT ALFREDO BELTRÁN LEYVA**, by and through undersigned counsel, respectfully submits this Motion to Strike the Appearances of Attorneys David Zapp and Victor Rocha. In support of this Motion, Mr. Beltrán Leyva states as follows:

1. Mr. Beltrán Leyva was presented before Magistrate Judge Alan Kaye on November 17, 2014. At that time, because there was confusion as to Mr. Beltrán Leyva's representation, Magistrate Judge Kaye appointed counsel from the Federal Public Defender for that hearing only.

2. On November 18, 2014, pursuant to authorization from Mr. Beltrán Leyva's spouse and his Mexican attorneys, undersigned counsel entered his appearance in this matter.

3. Counsel has met personally with Mr. Beltrán Leyva, who has entered into a retainer agreement with counsel with respect to representation in this case.

4. On November 18, 2014, Attorney David Zapp entered his appearance in this matter. On November 19, 20114, Attorney Victor Rocha entered his "provisional" appearance in this matter.

5. Mr. Beltrán Leyva has not retained any other counsel or authorized any other counsel besides undersigned counsel to enter their appearance in this matter.

6. In the attached Affidavit, submitted in Spanish and English versions, Mr. Beltrán Leyva affirms counsel's representations and respectfully requests that the appearances of Attorneys Zapp and Rocha be stricken.  *See* Exh. 1.

7. Mr. Beltrán Leyva further requests the assistance of the Court in authorizing legal visits with his Mexican attorneys Juan Manuel Delgado Gonzalez and Juan Ramon Mondragon Solis.

8. Finally, Mr. Beltrán Leyva seeks the Court's assistance with respect to limiting the access of other attorneys to him without his prior request or authorization.  *See* Exh. 2.

**WHEREFORE**, for the foregoing reasons and any other that may become apparent to the Court, Mr. Beltran Levya respectfully requests that this Motion be **GRANTED**.

Dated: Washington, DC
November 20, 2014

Respectfully submitted,

**BALAREZO LAW**

By: _____/s/_____
A. Eduardo Balarezo
D.C. Bar # 462659
400 Fifth Street, NW
Suite 300
Washington, DC  20001
Tel: (202) 639-0999
Fax: (202) 639-0899
E-mail: aeb@balarezolaw.com

*Counsel for Defendant Alfredo* Beltrán *Leyva*


**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 20th day of November 2104, I caused a true and correct copy of the foregoing Defendant's Motion to Strike Appearances of Attorneys David Zapp and Victor Rocha to be delivered via Electronic Case Filing to the parties in this case.

/s/
_____
A. Eduardo Balarezo