**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES** : | |
| : | |
| *v.* : | |
| : | **Criminal No. 12-0184(RJL)** |
| **ALFREDO BELTRÁN LEYVA,** : | |
| : | |
| *Defendant.* : | |

## DEFENDANT'S NOTICE OF FILING

Defendant Alfredo Beltrán Leyva, by and through undersigned counsel, respectfully submits, at the Court's request, redacted copies of the credentials for his Mexican counsel who seek authorization for legal visits with Mr. Beltrán Leyva. Unredacted copies have been produced to the government and will also be provided to the Court.

Dated: Washington, DC
December 26, 2014

Respectfully submitted,

**BALAREZO LAW**

By: /s/
_____
A. Eduardo Balarezo
D.C. Bar # 462659
400 Fifth Street, NW
Suite 300
Washington, DC  20001
Tel: (202) 639-0999
Fax: (202) 639-0899
E-mail: aeb@balarezolaw.com

*Counsel for Defendant Alfredo Beltrán Leyva*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 26th day of December 2014, I caused a true and correct copy of the foregoing Defendant's Notice of Filing to be delivered via Electronic Case Filing to the parties in this case.

/s/
_____
A. Eduardo Balarezo