UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | |
| *v.* : | |
| : | Criminal No. 12-0184(RJL) |
| **ALFREDO BELTRÁN LEYVA,** : | |
| : | |
| *Defendant.* : | |

## DEFENDANT'S NOTICE OF FILING

**DEFENDANT** Alfredo Beltrán Leyva, by and through undersigned counsel, respectfully submits, at the Court's request, the names of individuals who at this time will comprise his defense team. Those individuals are:

a. A. Eduardo Balarezo, Esq. (lead/trial attorney)
b. William B. Purpura, Esq. (attorney)
c. Harry Tun, Esq. (attorney)
d. Juan Manuel Delgado Gonzalez (Mexican Attorney)
e. Juan Ramon Mondragon Solis (Mexican Attorney)
f. Ivonne Alejandra Ramos Sandoval (Mexican Attorney)
g. Eddy Colindres (investigator)
h. Tracy Henry (paralegal)

Dated: Washington, DC
January 14, 2015                          Respectfully submitted,

**BALAREZO LAW**

By:  /s/
_____
A. Eduardo Balarezo
D.C. Bar # 462659
400 Fifth Street, NW
Suite 300
Washington, DC 20001
Tel: (202) 639-0999
Fax: (202) 639-0899
E-mail: aeb@balarezolaw.com

*Counsel for Defendant Alfredo Beltrán Leyva*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 14th day of January 2015, I caused a true and correct copy of the foregoing Defendant's Notice of Filing – Defense Team to be delivered via Electronic Case Filing to the parties in this case.

/s/
_____
A. Eduardo Balarezo