UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 12-CR-184 (RJL) |
| | ) | |
| v. | ) | |
| | ) | |
| ALFREDO BELTRAN LEYVA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE REGARDING TRANSACTION LOGS

The Government respectfully submits this update to the Court regarding the transaction logs the Government will seek to introduce at trial against the above-captioned Defendant.

By way of background, on January 16, 2015, the Government produced via Rule 16 of the Federal Rules of Criminal Procedure, 1,749 pages of discovery produced pursuant to the Court's Protective Order. These documents contained transaction logs. Subsequently the Government disclosed the name of the person who ordered the transactions logs to be created (hereinafter "JR"). Additionally, the Government provided to the Defendant the names of the two persons who inputted the information contained therein, and explained that one of these persons is alive (hereinafter "JA") and another is deceased (hereinafter "LR").[1]

At the May 18, 2015 Status Conference, the Court ordered the Government to produce the pages of the transaction log that relate to the Defendant. The Government has complied with this Order.

The Court also ordered the Government to disclose to the Defendant which pages of the transaction log were prepared by JA and which ones were prepared LR. At the status

---

[1] Due to the fact that the cases for some of these persons remain sealed in other jurisdiction, the Government respectfully requests that their names not be included in these public filings.

conference, the Government indicated that in order to comply with this Order, it would need to meet with JR in person to review all of the pages of the transaction log.  The Government's understanding was that JR would be in a position to answer the questions posed by the Court as JR was the person who ordered the creation of the transaction logs in the first place.  In an effort to comply with this Order, the Government traveled out of state to meet with JR in person, and reviewed every single page of the transaction log with JR.  JR further explained that at his/her instruction, LR would meet with and review the documents with JR, in a line by line fashion.  JR stated that all expenses made on behalf of the organization were approved by JR and accounted for.  If there were corrections to be made, JR would instruct LR to make the corrections.  With JR's permission and approval, LR had JA assist with many tasks related to these transaction logs.  According to JR, and in JR's conversations with LR, JR is aware that LR would have JA assist in imputing information into the transaction logs prior to JR reviewing every single line entry.  However, because these transaction logs were not inputted in the presence of JR, JR cannot state which of the two persons imputed all of the information contained therein.  Notwithstanding, JR was able to verify every single entry in the transaction logs that JR reviewed with LR.  Therefore, despite the Government's best efforts, the Government is not currently in possession of the information requested by the Court.  Notwithstanding, the Government is in the process of attempting to gather this information from JA.

      The Government has located the defense attorney representing JA.[2]  The Government has not yet had the opportunity to speak with JA, as JA's attorney is requesting to be present for any meeting between his client and the Government.  As soon as the Government meets with JA, the

---

[2] Per the Court's Order, the Government produced this information to the Defendant on May 26, 2015.


Government will provide to the Defendant the information ordered by the Court.

However, in the meantime, the Government has offered to meet with Defense Counsel to review the transaction logs, and explain the content and provide further context in an effort to assist the defense in preparation for trial.[3]  As indicated to the Court, JA is represented by legal counsel, and the Government is making every effort to obtain this information in a timely fashion.  It is the Government's understanding that the Court issued this Order to assist defense counsel's ability to review the transaction logs and prepare for trial in a meaningful way.  The Government is hopeful that the information it will impart to the defense in an in person meeting later this week will accomplish the Court's objective while the Government diligently works to meet with JA at obtain the information requested by the Court.

    Respectfully submitted,

    ARTHUR WYATT, Chief
    Narcotic and Dangerous Drug Section
    Criminal Division
    U.S. Department of Justice

By:    /s/ Andrea Goldbarg
    Andrea Goldbarg
    Assistant Deputy Chief
    Narcotic and Dangerous Drug Section
    U.S. Department of Justice
    2 Constitution Square
    Washington, DC 20005
    Tel: (202) 616-2200
    Fax: (202) 514-0483
    Andrea.Goldbarg@usdoj.gov

---

[3] The undersigned spoke with defense counsel today to explain this situation, as well as to begin explaining the content of the transaction logs.  Defense counsel has requested to meet in person later this week to review these logs and the Government will accommodate this request.  However, defense counsel objected to the Government's not providing the information requested that indicated that he objects to the Government requesting more time to obtain the information from JA.