UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 12-cr-184 (RJL) |
| ALFREDO BELTRAN LEYVA, | |
| Defendant. | |

GOVERNMENT'S EMERGENCY MOTION TO REMOVE
DOCKET ENTRY 55 FROM THE PUBLIC DOCKET

The United States of America, by and through counsel, respectfully requests this Court remove Docket Entry 55 filed by the Defendant on June 19, 2015 from the public docket. The Government instead requests that this document be filed under seal, as the document publicly names Government witnesses whose cases are currently under seal, and may endanger those witnesses or their families.

The Government contacted counsel for the Defendant in an attempt to have this document removed from the public docket, however, counsel for the Defendant objects to the Government's request.

For the foregoing reasons, the Government respectfully requests that the Court grant the Government's emergency motion and remove Docket Entry 55 from the public docket and instead file it under seal.

                                            Respectfully Submitted,

                                            ARTHUR G. WYATT, Chief
                                            Narcotic and Dangerous Drug Section
                                            Criminal Division
                                            United States Department of Justice

By:     /s/
             Andrea Goldbarg
             Adrian Rosales
             Amanda N. Liskamm
             Trial Attorneys
             Narcotic and Dangerous Drug Section
             Criminal Division,
             United States Department of Justice
             145 N Street, NE
             East Wing, Second Floor
             Washington, D.C. 20530
             Tel: 202-616-2200
             Andrea.Goldbarg@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was sent via the CM/ECF system, to counsel of record for the Defendant, this 19th day of June, 2015.

                                                         /s/
                                        Andrea Goldbarg
                                        Adrian Rosales
                                        Amanda N. Liskamm
                                        Trial Attorneys
                                        Narcotic and Dangerous Drug Section
                                        Criminal Division
                                        Department of Justice