UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| *v.* | : | |
| | : | **Criminal No. 12-0184 (RJL)** |
| **ALFREDO BELTRÁN LEYVA,** | : | |
| | : | |
| *Defendant.* | : | |

### DEFENDANT'S CONSENT MOTION TO CONTINUE MOTION HEARING

Defendant Alfredo Beltrán Leyva, by and through undersigned counsel, respectfully moves this Honorable Court to continue the motions hearing currently scheduled for December 7, 2015, and states as follows:

At the last status conference held in this matter, the Court scheduled a motion hearing for November 13, 2015. The Court vacated that date on November 11. On November 19, the Court rescheduled the hearing for December 7.

Neither defense counsel is available to appear on December 7. Counsel have consulted with the government and all the parties are available on December 14 and 15.

**WHEREFORE**, for the foregoing reasons and any others that may become apparent to the Court, Mr. Mr. Beltrán Leyva respectfully requests that this motion be **GRANTED**.

Dated: Washington, DC
November 19, 2015

Respectfully submitted,

**BALAREZO LAW**

By: /s/
_____
A. Eduardo Balarezo
D.C. Bar # 462659
400 Fifth Street, NW
Suite 300
Washington, DC  20001
Tel: (202) 639-0999
Fax: (202) 639-0899
E-mail: aeb@balarezolaw.com

*Counsel for Defendant Alfredo Beltrán Leyva*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 19th day of November 2015, I caused a true and correct copy of the foregoing Defendant's Consent Motion to Continue Status Hearing to be delivered via Electronic Case Filing to the parties in this case.

/s/
_____
A. Eduardo Balarezo