UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | |
| *v.* : | |
| : | **Criminal No. 12-0184(RJL)** |
| **ALFREDO BELTRAN LEYVA,** : | |
| : | |
| *Defendant.* : | |

### DEFENDANT'S MOTION FOR AUTHORIZATION
### FOR LEGAL VISIT WITH FOREIGN ATTORNEY

**DEFENDANT ALFREDO BELTRAN LEYVA**, by and through undersigned counsel, respectfully submits this Motion seeking authorization from the Court for his Mexican attorney to be accorded legal visits with him. In support of this Motion, Mr. Beltran Leyva states as follows:

1. As the Court is aware, trial in this matter is scheduled to begin February 8.

2. Counsel and Mexican counsel need to meet with Mr. Beltran Leyva to discuss his case and the upcoming trial. However, the United States Marshal's Service ("USMS") has previously informed counsel that it will not authorize foreign attorneys for a legal visit without a court order.

3. Mr. Beltrán Leyva respectfully requests that the Court direct the USMS to authorize legal visits with Mexican counsel and Mr. Beltran Leyva.

4. The Mexican attorney is Noé Palacios Rodriguez. Attorney Palacios' professional identification is attached as Exhibit 1.

**WHEREFORE**, for the foregoing reasons and any other that may become apparent to the Court, Mr. Beltrán Leyva respectfully requests that this Motion be **GRANTED**.

Dated: Washington, DC
January 12, 2016

Respectfully submitted,

**BALAREZO LAW**

By: /s/
_____
A. Eduardo Balarezo
D.C. Bar # 462659
400 Fifth Street, NW
Suite 300
Washington, DC  20001
Tel: (202) 639-0999
Fax: (202) 639-0899
E-mail: aeb@balarezolaw.com

*Counsel for Defendant Alfredo Beltran Leyva*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 12th day of January 2016, I caused a true and correct copy of the foregoing Defendant's Motion for Authorization for Legal Visits with Foreign Attorneys to be delivered via Electronic Case Filing to the parties in this case.

/s/
_____
A. Eduardo Balarezo