UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| | : |
| *v.* | : |
| | :   Criminal No. 12-0184(RJL) |
| ALFREDO BELTRÁN LEYVA, | : |
| | : |
| *Defendant.* | : |

## DEFENDANT'S MOTION FOR A CLOTHING ORDER

Defendant Alfredo Beltrán Leyva, by and through undersigned counsel, respectfully requests this Honorable Court to issue an Order directing the United States Marshall's service or any other relevant authority to permit them to dress in civilian clothes during his trial in this case.

As support for this motion, Defendants state as follows:

1. Defendant is currently held without bond in the custody of the USMS pending trial in this case.

2. Denial of this motion would force Defendant to appear before the jury in his jail jumpsuit, thus prejudicing the jury against Defendant and greatly diminishing the presumption of innocence that all defendants enjoy. *See Estelle v. Williams*, 425 U.S. 501 (1976).

**WHEREFORE**, for the foregoing reasons, Defendant respectfully requests that this Motion be **GRANTED**.

Dated: Washington, DC
      February 6, 2016

Respectfully submitted,

**BALAREZO LAW**

By: /s/
_____
A. Eduardo Balarezo
D.C. Bar # 462659
400 Fifth Street, NW
Suite 300
Washington, DC  20001
Tel: (202) 639-0999
Fax: (202) 639-0899
E-mail: aeb@balarezolaw.com

*Counsel for Defendant Alfredo Beltrán Leyva*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of February 2016, I caused a true and correct copy of the foregoing Defendant's Motion for a Clothing Order to be delivered to the parties in this case via Electronic Case Filing.

                                               _____
                                               A. Eduardo Balarezo