UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| *v.* | : | |
| | : | Criminal No. 12-0184(RJL) |
| **ALFREDO BELTRÁN LEYVA,** | : | |
| | : | |
| *Defendant.* | : | |

### DEFENDANT'S MOTION FOR ORDER DIRECTING UNITED STATES MARSHAL'S SERVICE TO PROVIDE GREATER VARIETY OF LUNCH TO DEFENDANTS

Defendant Alfredo Beltrán Leyva, by and through undersigned counsel, respectfully moves this Honorable Court for an Order directing the United States Marshal's Service to provide a greater variety of lunch sandwiches to defendants during the duration of this trial. In support of this motion, Defendant states as follows:

1. Defendant is scheduled to begin trial before the Court on February 16, 2016. Trial is expected to last for approximately 6-8 weeks.

2. Defendants going to court are typically provided a brown bag lunch by the USMS. The brown bag lunch generally consists principally of a slice of cheese between two slices of bread. Sometimes they get a slice of bologna. Because defendant will be in court all day during trial, he does not have the opportunity to enjoy a more varied and nutritional diet as they would at his place of confinement.

3. Additionally, because defendant must sit relative still for long periods of time in court, and because cheese is a known constipating agent, experience has shown that defendants tend to experience gastric discomfort.

      4.      Upon information and belief, the the USMS has the ability to provide a more varied lunch for defendant while the trial progresses.

      **WHEREFORE**, for all the foregoing reasons, and any others that may appear to the Court, Defendant respectfully requests that this Motion be **GRANTED**.

Dated: Washington, DC
       February 6, 2016                   Respectfully submitted,

                                           **BALAREZO LAW**

                          /s/
By:   _____
      A. Eduardo Balarezo
      D.C. Bar # 462659
      400 Fifth Street, NW
      Suite 300
      Washington, DC  20001
      Tel: (202) 639-0999
      Fax: (202) 639-0899
      E-mail: aeb@balarezolaw.com

      *Counsel for Defendant Alfredo Beltrán Leyva*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of February 2016, I caused a true and correct copy of the foregoing Defendant's Motion for Order Directing USMS to Provide Greater Variety of Lunch to Defendants to be delivered to the parties in this matter via Electronic Case Filing.

/s/
_____
A. Eduardo Balarezo