UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | |
| *v.* : | |
| : | Criminal No. 12-0184(RJL) |
| **ALFREDO BELTRÁN LEYVA,** : | Trial: 2/16/2016 |
| : | |
| *Defendant.* : | |

### DEFENDANT'S MOTION TO CONTINUE TRIAL

**DEFENDANT** Alfredo Beltrán Leyva ("Beltrán Leyva"), by and through undersigned counsel, respectfully submits this Motion to Continue Trial, Mr. Beltrán Leyva states as follows:

1. Trial in this matter is scheduled for February 16, 2016. Just yesterday, Mr. Beltrán Leyva became aware of evidence located outside of the United States that has a direct bearing on the credibility of several of the government's cooperating witnesses, whom the government named just this week. In a prosecution that is principally based on cooperator testimony, such evidence is material and crucial to the defense of the charges.

2. Mr. Beltrán Leyva recognizes that the Court and the government have expended great resources to be prepared as as scheduled. Nevertheless, Mr. Beltrán Leyva cannot proceed to trial without being able to obtain the evidence and use it in his defense. Counsel has made an *ex parte* proffer to the Court pertaining to the nature of the evidence. Considering that the evidence is outside the United States and efforts must be made to obtain it in time for trial, Mr. Beltrán Leyva respectfully requests a 90-day continuance of trial.

**WHEREFORE**, for the foregoing reasons and any other that may become apparent to the Court, Mr. Beltran Leyva respectfully requests that this Motion be **GRANTED**.

Dated: Washington, DC
February 12, 2016

Respectfully submitted,

**BALAREZO LAW**

By: /s/
_____
A. Eduardo Balarezo
D.C. Bar # 462659
400 Fifth Street, NW
Suite 300
Washington, DC  20001
Tel: (202) 639-0999
Fax: (202) 639-0899
E-mail: aeb@balarezolaw.com

*Counsel for Defendant Alfredo Beltrán Leyva*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 12th day of February 2016, I caused a true and correct copy of the foregoing Defendant's Motion to Continue Trial to be delivered via Electronic Case Filing to the parties in this case.

/s/
_____
A. Eduardo Balarezo