UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) AFFIDAVIT IN SUPPORT |
| ALFREDO BELTRAN LEYVA, | ) OF REQUEST FOR EXTRADITION |
| also known as "Mochomo," | ) |
| | ) |
| Defendant. | ) |
| | ) |

I, Britton Boyd, being duly sworn, depose and state:

1. I am a citizen of the United States of America, working in the State of Texas.

2. I am currently employed as a Special Agent with the Federal Bureau of Investigation ("FBI"), and have been so employed since April 2008. I am currently assigned to the El Paso Division of the FBI and am a member of the Strike Force, which focuses on Mexican Organized Crime and Mexican drug trafficking with a nexus to the United States. Prior to my employment with the FBI, I was employed as an agent with the United States Border Patrol from January 2003 until April 2008 in Arizona. I am a law enforcement officer currently authorized to investigate and enforce violations of federal criminal statutes, including those found in Title 18 and 21 of the United States Code. I have received basic law enforcement training at the 20-week FBI Academy, as well as other specialized drug enforcement, where I became familiar with how controlled substances are consumed, manufactured, packaged, marketed, and distributed.

3. As a Special Agent with the FBI, I have participated in investigations involving a variety of kidnapping, narcotics, firearms, money laundering and conspiracy offenses. I have investigated street-level drug distributors to large-scale drug trafficking organizations. These investigations have involved interviewing victims, operating numerous informants, debriefing

1

defendants and witnesses, conducting physical and electronic surveillances, assisting in court ordered wiretap interceptions, executing search warrants, seizing narcotics and narcotics-related assets, making arrests for narcotics-related offenses, executing controlled deliveries of various narcotics and supporting undercover investigations.

4. Through my training and experience, and interaction with other Special Agents, Narcotic Task Force Officers, and other investigators, I have become familiar with the methods employed by narcotics traffickers in general, and large Mexico-based narcotics trafficking organizations in particular, to smuggle, safeguard and distribute narcotics, and to collect and launder narcotics related proceeds. Moreover, I am familiar with the ways in which domestic and international drug traffickers conduct their business, including the methods used in manufacturing and distributing drugs outside the United States, the methods and transportation routes used to import drugs into the United States, the methods used to distribute drugs inside the United States, the movement of funds, the use of communication devices to facilitate drug trafficking, and the use of coded and cryptic language in drug deals. I am also knowledgeable about the criminal statutes of the United States, particularly the federal narcotics statutes.

5. My duties have included conducting an investigation of ALFREDO BELTRAN LEYVA, alias "Mochomo," who has been indicted in the case captioned United States v. Alfredo Beltran Leyva, Case Number 1:12-cr-00184 (also referenced as Case Number CR-12-184-01), in the United States District Court for the District of Columbia. As one of the investigators, I am familiar with the charges and the evidence in this case.

6. The facts set forth in this affidavit are based on my conversations with other law enforcement authorities and with other witnesses regarding information relevant to this investigation, and also on my review of documents and other evidence, including lawfully

recorded telephone conversations, surveillance conducted by law enforcement authorities, the seizure of drugs at various locations, and identifications made by a cooperating witness.

7. In 2009, federal law enforcement authorities began an investigation into the distribution of illegal drugs in the State of Washington. Specifically, law enforcement authorities focused on the distribution of cocaine, methamphetamine, heroin, and marijuana imported from Mexico and transported to the United States Pacific Northwest region. During the investigation, law enforcement authorities were able to identify several members of the Mexico-based Beltran Leyva Drug Trafficking Organization, specifically, Agustin Flores Apodaca, alias El Niño, alias El Barbon, alias El Ingeniero; Salome Flores Apodaca, alias Pelon, alias Fino; and Fausto Isidro Meza Flores, alias Chapo Isidro, alias Chapito Isidro. Further investigation revealed that these members still worked for ALFREDO BELTRAN LEYVA. More specifically, the part of the proceeds of the drugs that were being sold in the United States on behalf of Agustin Flores Apodaca, Salome Flores Apodaca, and Fausto Isidro Meza Flores was being shared with ALFREDO BELTRAN LEYVA. In fact, although ALFREDO BELTRAN LEYVA was arrested by law enforcement authorities in January 2008, ALFREDO BELTRAN LEYVA was still giving orders even while incarcerated, and he was still engaged in the distribution of drugs from Mexico into the United States.

8. In late August 2010, law enforcement authorities were conducting surveillance at a business location related to this investigation in Centralia, Washington, when they observed a brown Chevrolet Impala automobile with Arizona license plates. Further investigation by law enforcement authorities led to a lawful search of the Impala, pursuant to which authorities discovered large quantities of United States currency and ledgers detailing suspected drug transactions.

ABL-000000001106

9. Based on additional information developed during the investigation, on September 2, 2010, law enforcement authorities lawfully seized 33 plastic-wrapped, cylindrical packages containing a total of approximately 33 pounds of methamphetamine and four plastic-wrapped, square-shaped packages containing approximately four kilograms of cocaine, along with a firearm, ammunition, and drug paraphernalia, at a warehouse located in Centralia, Washington. Samples of the seized drugs were sent to the United States Drug Enforcement Western Laboratory in San Francisco, California for analysis and were confirmed to be methamphetamine and cocaine. A certified copy of the laboratory report detailing the results of the chemical analyses is attached to this affidavit and marked as **Attachment D-1.** Photographs of the packages of methamphetamine and cocaine that were seized on September 2, 2010 are attached to this affidavit and marked as **Attachment D-2.**

10. Following the September 2, 2010 drug seizure, law enforcement authorities lawfully recorded telephone conversations between Agustin Flores Apodaca, Salome Flores Apodaca, and another man involved in the Beltran Leyva Organization's drug trafficking activities in the United States. Law enforcement authorities played audio recordings of some of these conversations for a Cooperating Witness (hereinafter "Witness One") who personally knows Agustin Flores Apodaca, Salome Flores Apodaca, and Fausto Isidro Meza Flores, and other members of the Beltran Leyva Organization. Based on Witness One's familiarity with the Beltran Leyva Organization and its members, Witness One was able to identify in these audio recordings the voices of Agustin Flores Apodaca, Salome Flores Apodaca, and Fausto Isidro Meza Flores and further was able to interpret the meaning of several portions of these conversations in which the participants spoke in coded and cryptic language. My summary of those telephone conversations is as follows.

11.     On September 2, 2010, at approximately 6:41 p.m., law enforcement authorities lawfully recorded a telephone conversation in which Agustin Flores Apodaca and an unidentified man discussed in coded and cryptic language the purchase of 50-caliber automatic weapons. Specifically, Agustin Flores Apodaca asked about "the 50s" and "the big ones," to which the other man replied that "they are giving it for around thirty." Agustin Flores Apodaca asked if the weapons were "automatics," to which the man responded "yeah, that's right, two that fire just by squeezing it." Agustin Flores Apodaca responded "major blows" and asked how many is the supplier bringing, to which the man answered "as much as needed." Based on my training, experience, and knowledge of this investigation, I believe that Agustin Flores Apodaca and the other man used the words "50" and "automatic" to discuss the purchase of automatic weapons for their drug trafficking organization's activities in Mexico. A transcript of this conversation is attached this affidavit and marked as **Attachment D-3**.

12.     On September 2, 2010, at approximately 6:49 p.m., law enforcement authorities lawfully recorded a telephone conversation between Salome Flores Apodaca and the same unidentified man who spoke in the previously described telephone conversation with Agustin Flores Apodaca. In this conversation, the unidentified man told Salome Flores Apodaca that the "guy with the 50s" wanted to exchange them for the "girls," but that the price was really high. Based on my training, experience, and knowledge of this investigation, I believe that the man was telling Salome Flores Apodaca that about a plan to obtain 50-caliber weapons in exchange for methamphetamine that the man possessed, to which the man referred as "girls." Moreover, I know that law enforcement authorities seized the man's methamphetamine supply earlier that day. A transcript of this conversation is attached this affidavit and marked as **Attachment D-4**.

13.     On September 2, 2010, at approximately 7:02 p.m., law enforcement authorities

5

lawfully recorded a telephone conversation in which the same man spoke again with Agustin Flores Apodaca using coded and cryptic language. The man informed Agustin Flores Apodaca that he had spoken with Salome Flores Apodaca, to whom he refers as "Pelon," and that the material was there, but the price was really high. Based on my knowledge of this investigation, I believe that the man was telling Agustin Flores Apodaca that they (Salome Flores Apodaca and the man) had discussed trading the guns for drugs that the man possessed, to which he referred as "material." Agustin Flores Apodaca then told the male that he (Agustin Flores Apodaca) would call Salome Flores Apodaca directly and they would discuss the deal. Based on my training, experience, and knowledge of this investigation, I know that it is common for members of this drug trafficking organization to purchase weapons with drugs. A transcript of this conversation is attached this affidavit and marked as **Attachment D-5**.

14. On September 8, 2010, at approximately 5:57 p.m., law enforcement authorities lawfully recorded another telephone conversation between Agustin Flores Apodaca and the same unidentified man. In this conversation, the man told Agustin Flores Apodaca that there was a customer for the four kilograms "over there" of "coca". Agustin Flores Apodaca and the man then discussed the unit price of a kilogram of cocaine as being between $22,000 and $23,000. Agustin Flores Apodaca told the man that "it's a mistake to return that" and then asked the man about the "girls". The man told Agustin Flores Apodaca that there were no offers for the "girls" because "the price is too low, we can't keep it here." Based on my knowledge of this investigation, I believe that "the girls" was a coded reference to a supply of methamphetamine that the man possessed. A transcript of this conversation is attached to this affidavit and marked as **Attachment D-6**.

15. On September 14, 2010, law enforcement authorities in Arizona observed the

ABL-000000001109

same brown Chevrolet Impala, from which law enforcement authorities in the State of Washington lawfully seized United States currency and ledgers of suspected drug transactions in late August 2010, being driven by Salome Flores Apodaca. Law enforcement authorities followed the Impala to a location where they observed Salome Flores Apodaca meet with several other men. According to Witness One, who was present at this meeting, Salome Flores Apodaca discussed selling over 30 pounds of methamphetamine and four or five kilograms of cocaine. Based on my knowledge of this investigation, I believe that Salome Flores Apodaca was attempting to sell the supply of methamphetamine and cocaine that, unbeknownst to him, was seized by law enforcement authorities on September 2, 2010.

16. Law enforcement authorities then followed Salome Flores Apodaca as he left the meeting. Salome Flores Apodaca was accompanied by another man, who law enforcement observed getting into a different car than the brown Impala, in which Salome Flores Apodaca drove away from the meeting. Law enforcement authorities followed the other man's car and eventually conducted a lawful stop of this other car, which led to the arrest of the other man for possession of illegal drugs.

17. The above-stated summary of the events occurring on September 8, 2010 was confirmed by Witness One in this case, who also has stated that Salome Flores Apodaca later called him/her and said that one of his workers had been arrested in Arizona, related to this drug transaction.

18. This investigation also revealed that Fausto Isidro Meza Flores, in participation with ALFREDO BELTRAN LEYVA, was attempting to import ton quantities of marijuana from Mexico into the United States. A Cooperating Witness (hereinafter "Witness Two") engaged in an attempted drug transaction involving approximately 2,800 kilograms of marijuana that were

ABL-000000001110

to be imported from Mexico into the United States.

19. Witness Two had several face to face meetings with Agustin Flores Apodaca and Fausto Isidro Meza Flores to negotiate the marijuana transaction. During these conversations, Agustin Flores Apodaca told Witness Two that he (Agustin Flores Apodaca) and Fausto Isidro Meza Flores were still loyal to ALFREDO BELTRAN LEYVA. In fact, Witness Two overheard a conversation in which Agustin Flores Apodaca told someone on the telephone that the orders he (Agustin Flores Apodaca) was providing came directly from ALFREDO BELTRAN LEYVA. This conversation occurred in the summer of 2011, over three years after ALFREDO BELTRAN LEYVA was arrested by law enforcement authorities. Around the same time as this telephone conversation, Agustin Flores Apodaca told Witness Two that they (Agustin Flores Apodaca and Fausto Isidro Meza Flores) were still giving part of the proceeds from the drugs sales they conducted in the United States to ALFREDO BELTRAN LEYVA.

20. The investigation revealed another witness, Alejandro Tascon, who was a Colombian drug trafficker that spent many years working for the Beltran Leyva brothers. Tascon began his work for the Beltran Leyva Organization assigned to Hector Beltran Leyva, but he eventually moved to a position where he worked for Julio Beltran Quintero and ALFREDO BELTRAN LEYVA. Tascon worked for Julio Beltran Quintero and ALFREDO BELTRAN LEYVA from 2000 until Julio Beltran Quintero's death in 2005. During this time period, Tascon assisted Julio Beltran Quintero and ALFREDO BELTRAN LEYVA in processing tens of thousands of kilograms of cocaine that the Beltran Leyva Organization received from Colombia.

21. When Julio Beltran Quintero was murdered in 2005, Tascon went to work exclusively for Arturo Beltran Leyva, although Arturo Beltran Leyva told Tascon directly that his brother, ALFREDO BELTRAN LEYVA, was receiving part of the drugs that Tascon was

providing. During the time that Tascon worked for Arturo and ALFREDO, he coordinated the delivery of thousands of kilograms of cocaine from Colombia for the Beltran Leyva Organization.

## IDENTIFICATION

22. Attached to my affidavit as **Attachment D-7** is a photograph of ALFREDO BELTRAN LEYVA. Witness One and Alejandro Tascon identified this photograph as ALFREDO BELTRAN LEYVA, also known as "Mochomo," the person involved in the drug trafficking conspiracy whose activities are described above.

23. ALFREDO BELTRAN LEYVA is a Mexican citizen, born on January 12, 1971, in Sinaloa, Mexico. He is described as a Hispanic male, approximately 5 feet 9 inches in height, weighing approximately 190 pounds, with brown hair and brown eyes.

_____
Britton Boyd
Special Agent
Federal Bureau of Investigation

SWORN and SUBSCRIBED to before me this 25th day of January, 2013

_____
HONORABLE ANNE T. BERTON
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS