UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | |
| *v.* : | |
| : | Criminal No. 12-0184(RJL) |
| **ALFREDO BELTRAN LEYVA,** : | |
| : | |
| *Defendant.* : | |

**DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING
AND REQUEST FOR FORENSIC EVALUATION**

Defendant Alfredo Beltrán Leyva (Beltrán Leyva), by and through undersigned counsel, respectfully submits this Motion to Continue Sentencing and Request for Forensic Evaluation. In support of this Motion, Mr. Beltrán Leyva states as follows:

This matter is currently scheduled for a sentencing hearing on September 14, 2016. The defense has been actively engaged in preparation for the hearing; however, certain events that have recently occurred concern counsel sufficiently that he believes that a forensic evaluation of Mr. Beltrán Leyva is necessary. Counsel has set forth his reasons in a separate under seal filing.

Mr. Beltrán Leyva is facing a considerable prison sentence as a result of his guilty plea. A reasonable continuance to conduct the evaluation will not prejudice him or the government and will serve to protect the record.

**WHEREFORE**, for the foregoing reasons and any other that may become apparent to the Court, Mr. Beltrán Leyva respectfully requests that this Motion be **GRANTED**.

Dated: Washington, DC
September 9, 2016                    Respectfully submitted,

**BALAREZO LAW**

By:  /s/
_____
A. Eduardo Balarezo
D.C. Bar # 462659
400 Fifth Street, NW
Suite 300
Washington, DC  20001
Tel: (202) 639-0999
Fax: (202) 639-0899
E-mail: aeb@balarezolaw.com

*Counsel for Defendant Alfredo Beltran Leyva*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 9th day of September 2016, I caused a true and correct copy of the foregoing Defendant's Motion to Continue Sentencing Hearing and Request for Forensic Evaluation to be delivered via Electronic Case Filing to the parties in this case.

/s/
_____
A. Eduardo Balarezo