UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| | : |
| *v.* | : |
| | : Criminal No. 12-0184(RJL) |
| ALFREDO BELTRÁN LEYVA, | : |
| | : |
| *Defendant.* | : |

**DEFENDANT'S MOTION TO RESCHEDULE HEARING**

**DEFENDANT** Alfredo Beltrán Leyva ("Beltrán Leyva"), by and through undersigned counsel, respectfully submits this Motion to reschedule the hearing scheduled for Tuesday, October 11, 2016, and states as follows:

1. In response to Attorney Victor Rocha's Motion for Authorization of Legal Visit, the Court issued a Minute Order scheduling a hearing on that Motion for Tuesday, October 11, 2016, at 2:30 p.m.

2. As the Court is aware, undersigned counsel had surgery on October 3. Counsel has a prescheduled follow-up appointment with his surgeon for the same afternoon as the hearing at 3:00 p.m. and would be unable to attend the hearing as scheduled.

3. Counsel is available anytime the morning of October 11 or all day October 12. Mr. Rocha is available at the same times. Counsel has attempted to contact the government regarding this motion, but has not received a response.

**WHEREFORE**, for the foregoing reasons and any others that may become apparent to the Court, Mr. Beltran Leyva respectfully requests that this Motion be **GRANTED**.

Dated: Washington, DC
       October 7, 2016                              Respectfully submitted,

                                          **BALAREZO LAW**

                                           /s/
                     By: _____
                           A. Eduardo Balarezo, Esq.
                           D.C. Bar # 462659
                           400 Fifth Street, NW
                           Suite 300
                           Washington, DC  20001
                           Tel: (202) 639-0999
                           Fax: (202) 639-0899
                           E-mail: aeb@balarezolaw.com

                           *Counsel for Defendant Alfredo Beltrán Leyva*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 7th day of October 2016, I caused a true and correct copy of the foregoing Defendant's Motion to Reschedule Hearing to be delivered upon the parties in this case via ECF.

/s/
_____
A. Eduardo Balarezo