Alfredo Beltrán Leyva
#58525-007
# USP Hazelton
Po Box 2000
Bruceton Mills, WV 26525

Leave to file GRANTED
Judge Richard J. Leon
1/11/2021

12-CR-184

LETTER FROM PRO SE DEFENDANT
RE: First Step Act inquiry

Honorable: Judge Richard J. Leon

Dear Judge I am writing to you to ask about The First Step Act that was signed into Law on dec, 21 I will like to know if this act applys in my case and if it does I Respectfully Request That This Honorable court assigned And Atterney to Represent me in this matter I thank you in Advance for your time and consideraicion in This matter.

Sincerely,

#58525-007